

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00475-CR

| | | |
|---|---|---|
| QWENTON NARVELL BADGER, Appellant | § | On Appeal from the 371st District Court |
| | § | of Tarrant County (1496031D) |
| V. | § | October 10, 2019 |
| | § | Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was a clerical error in the trial court's judgment. The judgment is modified to reflect that the trial court, not the jury, assessed punishment. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel